FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 3 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

ENTER / JS-6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 3 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JON DEREK ROMAIN, | ) Case No. CV 11-07989 DDP (AN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| AREF FAKOURY, Warden, | ) |
| Respondent. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated:  July 30 , 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE