ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 3 0 2012
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 3 0 2012
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JON DEREK ROMAIN,<br>　　　Petitioner,<br>　v.<br>AREF FAKOURY, Warden,<br>　　　Respondent. | Case No. CV 11-07989 DDP (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: __July 30__, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE